COPPEDGE *v.* ALLEN *et al.*

RUSSELL, C. J. This case is controlled by the decision in *Coppedge* v. *Allen,* ante, 678. *Judgment reversed. All the Justices concur.*